# In The United States Court of Federal Claims

No. 05-1263T

(Filed: July 2, 2008)

_____

LOCALNET CORPORATION,

        Plaintiff,

v.

THE UNITED STATES,

        Defendant

_____

**ORDER**

_____

On July 1, 2008, the parties filed a joint stipulation for entry of dismissal with prejudice. Accordingly, pursuant to RCFC 41(a)(1), the Clerk is directed to dismiss these consolidated cases with prejudice. Each party shall bear its own costs, attorney fees, and expenses, pursuant to their stipulation.

**IT IS SO ORDERED.**

s/ Francis M. Allegra
Francis M. Allegra